UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANCE EDWARD JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SWEENEY, et al.,<br><br>　　　　　Defendants. | Case No.: 1:14-cv-01526-DAD-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO EXTEND THE DISPOSITIVE MOTION DEADLINE<br><br>[ECF No. 41] |

　　　　Plaintiff Vance Edward Johnson is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On January 21, 2016, Defendants filed a motion to extend the dispositive motion deadline.

　　　　Good cause having been presented to the Court, it is HEREBY ORDERED that the dispositive motion deadline is extended to April 24, 2016.

IT IS SO ORDERED.

Dated:   **January 22, 2016**

　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1