# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANCE EDWARD JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SWEENEY, et al.,<br><br>　　　　Defendants. | Case No.: 1:14-cv-01526-DAD-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' SECOND MOTION TO EXTEND THE TIME TO FILE A DISPOSITIVE MOTION<br><br>[ECF No. 47] |

　　　　Plaintiff Vance Edward Johnson is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　Currently before the Court is Defendants' second motion to modify the discovery and scheduling order to extend the time to file a dispositive motion. (ECF No. 47.)

　　　　Defendants' filed a motion for summary judgment relating to exhaustion of the administrative remedies on May 13, 2015, the findings and recommendations issued October 13, 2015, are pending before the assigned district judge. (ECF Nos. 15 & 23.)

　　　　Good cause having been presented to the Court, it is HEREBY ORDERED that the dispositive motion deadline is vacated, and will be re-set after final resolution of the pending findings and recommendations.

IT IS SO ORDERED.

Dated: **June 7, 2016**

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE