UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANCE EDWARD JOHNSON,<br><br>  Plaintiff,<br><br>  v.<br><br>SWEENEY, et al.,<br><br>  Defendants. | Case No.: 1:14-cv-01526-DAD-SAB (PC)<br><br>ORDER DIRECTING DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S PENDING MOTIONS TO COMPEL WITHIN TWENTY-ONE DAYS FROM THE DATE OF SERVICE OF THIS ORDER AND GRANTING PLAINTIFF FIFTEEN DAYS TO FILE A REPLY<br><br>[ECF No. 46] |

Plaintiff Vance Edward Johnson is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On January 29, 2016, the Court granted Defendants' request to extend the time to file a response to Plaintiff's pending motions to compel to twenty-one (21) days from the final order on Defendants' motion for summary judgment.

On July 29, 2016, Defendants' motion for summary judgment was granted in part and denied in part. Accordingly, within **twenty-one (21)** days from the date of service of this order, Defendants shall file a response to Plaintiff's pending motions to compel, and within **fifteen (15)** days from the date Defendants filed their response, Plaintiff may file a reply.

IT IS SO ORDERED.

Dated:   **August 1, 2016**

UNITED STATES MAGISTRATE JUDGE

1